UNITED STATES of America
Plaintiff—Appellee,

v.

Sergio RAMIREZ–GONZALEZ
Defendant—Appellant.

No. 02–5503.

United States Court of Appeals, Sixth Circuit.

April 17, 2003.

Before SILER, GILMAN, and GIBBONS, Circuit Judges.

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is there-

fore ORDERED that said judgment be and it hereby is affirmed.